IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. ___18-cv-00151-GPG___
(To be supplied by the court)

___Lisco F. Ray III___, Plaintiff

v.

___Dr. Peter Crum, Nurse Vicky___

___Dr. Christian Stob, Sgt. C. Rodriguez___

___First Responders "John" and "Joe"___

___(Denver Health)___, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

---

## PRISONER COMPLAINT (AMENDED)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Lisco F. Ray III #661976 P.O. Box 1108 Denver, CO 80201
(Name, prisoner identification number, and complete mailing address)

NONE
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dr. Peter Crum, Medical Doctor
(Name, job title, and complete mailing address)

P.O. Box 1108, Denver, CO 80201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

ACTING AS MEDICAL DOCTOR FOR INMATES AT DENVER COUNTY JAIL

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: **Dr. Christian Stob, Medical Doctor**
(Name, job title, and complete mailing address)
**P.O. Box 1108, Denver, CO 80201**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

**ACTING MEDICAL DOCTOR FOR INMATES AT DENVER COUNTY JAIL**

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: **Nurse Vicky, Registered Nurse**
(Name, job title, and complete mailing address)
**P.O. Box 1108, Denver, CO 80201**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

**ACTING CHARGE NURSE FOR INMATES AT DENVER COUNTY JAIL**

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

B. DEFENDANT(S) INFORMATION (CONTINUED)

Defendant 4: __C. Rodreiguez, Sergeant, Denver County Jail__
(Name, job title, and complete mailing address)

__P.O. BOX 1108, Denver, CO 80201__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_Yes __No. Briefly explain:

__At all times listed in the complaint, in charge of__
__security and detention of Denver County Inmates__

Defendant 4 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 5: __"John" and "Joe" - First Responders__
(Name, job title, and complete mailing address)

__Denver Health, 777 Bannock St. Denver, CO 80204__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_Yes __No. Briefly explain:

__At the time of incident, both First Responders charged__
__with transporting Plaintiff in custody to Denver Health__

Defendant 5 is being sued in his/her _X_ individual and/or _X_ official capacity.

D.   **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>EIGHTH AMENDMENT VIOLATION</u>

Supporting facts: On January 9th, 2018, Plaintiff was to be transported to Denver Health for Doctor's Appointment. Sgt. C. Rodriguez refused to order an ambi-van for the Plaintiff, who was using a walker due to a spine fracture and sciatic nerve pain. Instead, Sgt. Rodriguez forced the Plaintiff to crawl backwards up the steps of a prison transport bus, as the plaintiff could not walk up the steps. This occurred in full view of other officers and inmates, and was videotaped. The footage will show the plaintiff in obvious pain and distress. The conduct of Sgt. Rodriguez is so outrageous as to constitute an obvious use of cruel and unusual punishment towards the plaintiff, thereby violating his Eighth Amendment Rights.

D. STATEMENT OF CLAIM(S) (CONTINUED)

CLAIM TWO: <u>Deliberate Indifference, 8th Amendment Violation</u>

Supporting facts: Between July 10, 2017, and December 8, 2017, Plaintiff was scheduled for 13 different medical appointments, all of which were cancelled by Dr. Crum and Dr. Stob, even though Plaintiff displayed obvious difficulty walking and moving, and was in obvious pain. Both Crum and Stob told Plaintiff X-rays of his back and hand were normal, though later there were fractures found at Denver Health in November of 2017. Plaintiff waited 5 months for these X-rays, and this delay resulted in substantial harm and degeneration of the Plaintiff's condition, and resulted in permanent disability and disfigurement. Crum and Stob also denied adequate pain meds to the Plaintiff, though it was recommended by Denver Health Neurosurgery, the Plaintiff being in obvious continuous pain. Nurse Vicky on October 31st, 2017, made a false statement to Captain Wynn of the Denver Sheriff's Dept. when he asked why Plaintiff's Doctor appointments were being cancelled. She told Captain Wynn they were waiting on lab tests. The lab tests never existed. Nurse Vicky, as the charge nurse, was well aware of the plaintiff's pain and medical problems, yet conspired with Dr. Crum and Dr. Stob to deprive the Plaintiff of adequate medical care.

When tramadol was finally ordered for the Plaintiff in January, 2018, per Neurosurgery, Dr. Stob had it discontinued, telling the Plaintiff in April of 2018 he had arthritis in his injured right hand. Neurosurgery had already previously discussed surgery options for Plaintiff's hand, and their testimony and X-rays will show Stob knowingly made this false arthritis diagnosis to deprive Plaintiff of much needed pain medication. These actions show a pattern of deliberate indifference to Plaintiff's serious medical need and constitute a violation of his 8th Amendment rights under the constitution, as plaintiff is now permanently disabled and disfigured.

**D. STATEMENT OF CLAIM(S) (CONTINUED)**

CLAIM THREE: <u>Deliberate Indifference, 8th Amendment Violation</u>

Supporting facts: On June 10th, 2017, Two first responders from Denver Health, "John" and "Joe", arrived at Argonaut Liquor on 760 East Colfax in Denver, to transport the Plaintiff via ambulance to the hospital. The first responders were told the Plaintiff had sustained a significant back injury, along with other various injuries, and they both observed the Plaintiff to be in obvious pain. Denver Health policy dictates that patients with back injuries are to be lifted with care, using a board to lift the patient onto a gurney. Both John and Joe disregarded this policy, and lifted the Plaintiff by his handcuffed hands and feet, and swinging him up onto the gurney. The whole incident was captured on police video, and the Plaintiff can be seen and heard screaming in pain as he was lifted up and dropped onto the gurney by John and Joe. This deliberate action by John and Joe caused the Plaintiff unnecessary pain and suffering, aggravated the Plaintiff's injuries, and as a result, the plaintiff remains disabled and disfigured to this day.

Therefore, the Plaintiff holds that "John" and "Joe" violated the Plaintiff's Eighth Amendment rights protecting him from cruel and unusual punishment.

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  X Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   COLORADO DEPT. OF CORRECTIONS

Docket number and court:   UNKNOWN

Claims raised:   NEGLIGENCE

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   DISMISSED

Reasons for dismissal, if dismissed:   FAILURE TO PROCEED

Result on appeal, if appealed:   N/A

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   X Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   X Yes ___ No (*check one*)

5

G. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* The Plaintiff respectfully prays that this court enter judgement granting plaintiff:

1.) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.
2.) Compensatory damages in the amount of $1.00 against each defendant, jointly and severally.
3.) Punitive Damages in the amount of $150,000.00 against each defendant.
4.) A jury trial on all issues triable by jury.
5.) Plaintiff's cost in this suit.
6.) Any additional Relief this court deems just, proper, and equitable.

H. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

May 15, 2018
(Date)

(Form Revised December 2017)

